IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH MORVANT, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CAUSE NO.:   3:17-cv-00976-N |
| | § | |
| DALLAS AIRMOTIVE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT ROLLS-ROYCE CORPORATION'S
CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rules 3.1(c), 3.2(e), 7.4, 81.1(a)(4)(D), and 81.2, Defendant Rolls-Royce Corporation ("RRC") provides the following information:

1. Plaintiff Keith Morvant, Individually and on behalf of Johna Morvant, Deceased and as Personal Representative and Administrator of the Estate of Johna Morvant;

2. Plaintiff Lynne Frederick;

3. Dallas Airmotive, Inc.;

4. International Airmotive Holding Co.;

5. Dallas Airmotive, Inc. d/b/a Premier Turbines;

6. Premier Turbines;

7. Bell  Helicopter Textron Inc.;

8. Rolls-Royce Corporation;

9. TRW, Inc.;

**DEFENDANT ROLLS-ROYCE CORPORATION'S CERTIFICATE OF INTERESTED
PERSONS** – Page 1
18128354v.1

10. TRW, Inc. d/b/a TRW Aeronautical Systems Group;

11. TRW Aeronautical Systems Group; and

12. Goodrich Corporation.

          Respectfully submitted,

By: */s/ Stuart B. Brown, Jr.*
    Stuart B. Brown, Jr.
    State Bar No. 24006914
    Justin V. Lee
    State Bar No. 24097982
    **JACKSON WALKER LLP**
    2323 Ross Avenue, Suite 600
    Dallas, Texas 75201
    brown@jw.com
    jlee@jw.com
    (214) 953-6000
    (214) 953-5822 - Fax

**ATTORNEYS FOR DEFENDANT
ROLLS-ROYCE CORPORATION**

## CERTIFICATE OF SERVICE

  This is to certify that on this 6th day of April, 2017, a true and correct copy of the foregoing document was served electronically via ECF and certified mail, return receipt requested, upon:

Francis I. Spagnoletti
David S. Toy
Mary Holmesly
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Dallas, Texas 75202
(713) 653-5600
(713) 653-5656 - Fax

                   */s/ Stuart B. Brown, Jr.*
                   Stuart B. Brown, Jr.

**DEFENDANT ROLLS-ROYCE CORPORATION'S CERTIFICATE OF INTERESTED PERSONS – Page** 3
18128354v.1